

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

| | |
|---|---|
| Superior Hotels of West Texas, LLC, | * From the 350th District Court of Taylor County Trial Court No. 09086-D. |
| Vs. No. 11-18-00147-CV | * September 19, 2019 |
| Academy, Ltd., | * Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating) |

This court has considered Superior Hotels of West Texas, LLC's motion to dismiss its appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Superior Hotels of West Texas, LLC.